UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                               18-CR-184 (RJD)

TAE HUNG KANG,
   also known as "Kevin Kang," and
JOHN WON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Julia Nestor from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Julia Nestor
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6297
      Email: Julia.Nestor@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Julia Nestor at the email address set forth above.

Dated: Brooklyn, New York
September 5, 2019

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

By:   /s/ Julia Nestor
       Julia Nestor
       Assistant U.S. Attorney

cc: Clerk of the Court (RJD)