

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

F. #2017R02001

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 5, 2019

**By ECF and Email**

Richard Willstatter, Esq.
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Michael Schneider, Esq.
One Pierrepont Plaza
16th Floor
Brooklyn, New York 11201

    Re: United States v. Tae Hung Kang and John Won
       Criminal Docket No. 18-184 (RJD)

Dear Counsel:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated April 17, 2018, May 9, 2018, June 5, 2018, August 6, 2018 and July 9, 2019. The government again requests reciprocal discovery from the defendants.

  Enclosed herewith are copies of transcripts of depositions taken in the matter United States Commodities & Futures Trading Comm'n v. Safety Capital Mgmt. Inc., 15-CV-5551 (RJD). As you know, your clients are named as defendants in that matter.

            Very truly yours,

            RICHARD P. DONOGHUE
            United States Attorney
            Eastern District of New York

       By:    /s/
            Lauren H. Elbert
            Assistant U.S. Attorney
            (718) 254-7577

cc: Clerk of the Court (RJD) (by ECF) (w/o enclosures)