**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM
F. #2017R02001

271 Cadman Plaza East
Brooklyn, New York 11201

July 12, 2022

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. John Won
       <u>Criminal Docket No. 18-184 (RJD)</u>

Dear Judge Dearie:

    The government respectfully submits this letter to request an extension to file the government's sentencing letter in the above-referenced case. Pursuant to the Court's May 3, 2022 Order, the Court directed that the government file its sentencing submission by July 13, 2022. The government respectfully requests an extension until July 19, 2022, which would not interfere with the July 27, 2022 sentencing date. Defense counsel does not object to the requested extension.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

    By:  <u>/s/ Nicholas J. Moscow</u>
          Sarah M. Evans
          Nicholas J. Moscow
          Assistant U.S. Attorneys
          (718) 254-7000

          Gerald M .Moody
          Deputy Chief
          United States Department of Justice

cc:  Clerk of the Court (RJD) (by ECF)
    Defense counsel (by ECF and Email)