# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 15, 2022

<u>**Via ECF**</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. John Won*, 18-CR-184 (RJD)

Dear Judge Dearie,

    We write on behalf of John Won in advance of his sentencing before Your Honor on Monday, August 22, 2022. We have recently received an additional letter in support of Mr. Won and his sentencing submission from his wife, Hanna Ruth Won. It is attached here for Your Honor's consideration.

    Respectfully submitted,

      /s/
    Abra Metz-Dworkin
    Michael Schneider
    Federal Defenders of New York
    Telephone: (646) 618-3189
    abra_metz-dworkin@fd.org

cc:    AUSA Nicholas Moscow
       AUSA Sarah Evans
       AUSA Gerald Moody

**Ruth Hanna Won**

1930 Parsons Blvd
Whitestone, NY 11357
(718) 902-3167
wonheesue@gmail.com

August 15, 2022

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Dear Honorable Judge Dearie,

     My name is Ruth Hanna Won and I am John Won's wife. I am writing this letter in support of my husband. John Won is the most loving and loyal provider of our family for over 30 years. He is always present when I need his advice on various events that happen in my work as a secretary in a medical office or if I need to vent my frustrations. My husband is also a loving and supportive father. He put my daughter through college and is the sole legal guardian to my son who is diagnosed with autism since the age of 3. My husband has always been with my son to nurture, to learn and discover, to protect and guard against any harm or danger and to make sure that our son's special needs are all met. In fact, the only time I observe my husband in distress is when he thinks about the possibility of being away from our son. John is always willing to go beyond for our family and as well as any others who are in need.

     My mother has suffered from Aplastic Anemia for 10 years that puts her in the hospital and often requires blood transfusions. My husband, with the help of kind support from the hospital and their doctors, was able to get them to try a rather radical procedure at that time, to use horse blood cells to treat my mother. Currently, she is admitted in Westchester Medical Center for about a month with a new disease called SLE, Severe Aortic Stenosis, mitral Stenosis, and Chronic Pericardial effusion that is keeping her bedridden, unable to move and barely able to eat even pureed foods. My mother has been denied from hospices due to her severe condition and the hospital is trying to send her to a rehabilitation facility, but it is too far for my elderly father to commute from the facility to his home. Please understand that my parents need John now more than ever. He is the only one who can drive to New Jersey and back to check up on our parents, and give them food and much needed company. To this day, John always attended to my mother's every doctor's appointment and hospital stay and provided home cooked meals to her and my father throughout the duration of her treatment. My father had rectal cancer for 3 to 4 years. John was the only one who helped him by traveling to New Jersey and back, taking him to chemotherapy, including taking my father to his follow-up appointments with his oncologist at Hackensack University Medical Center. John also took my father to radiation therapy all over the span of over 3 years. Then about 6 months ago, both my parents got diagnosed with Covid-19 and my husband had to help transfer them to different rehab locations in New Jersey. John also drove to my parents' house and disinfected their apartment, so that when my parents returned, they and their neighbors would be safe from the virus.

Without John's care for both my parents and also his own parents, we would all be lost. John's mother had heart failure due to an atrial fibrillation and had a major surgery to replace one of her heart valves from that of a pig after John's arrest by the FBI. John has and continues to take care of both my parents as well as my parents in-laws. John has also given back to the community by volunteering his time to help with our church, To The World Church, as well as his coworker's church as a drummer for their praise team. My husband is a treasured Deacon and a member of the church band as a bassist, as well as part of the church choir. John has also sanitized our new church building from pests and viruses before the church was open for service. Furthermore, when some of our elderly members require help, John will assist them on translations or interpretations.

My husband, John Won, is a good and honest man. He is also a patriot. He cares so much about this country and his community that he taught his own children to comply and respect the law. In addition, he has worked as an interpreter and poll worker for the Board of Elections. In 2009 to 2012, he worked for the US census, putting the emphasis on the value of being counted, whether the person was a citizen or not in this country.

My husband is also selfless. A little more than 20 years ago, he stopped a drug crazed felon, who was about to harm his own 70-year old mother and two of her granddaughters, at the time, 8 years old and 14 year old, because they would not give him drug money. My husband stopped the drug violence and for that he was stabbed numerous times by the drug addict. He spent a month in the hospital recovering from that event and I remember being in court, while my husband received a standing ovation from more than 100 grand jurors, praising his action.

My husband also shows his diligence time and time again to never break the law, always comply with regulations set forth by your court. Ever since this case started, he had to juggle with pleading his case and providing for our family, supporting our daughter through college, driving me to work during the pandemic, and driving his parents to every doctor appointment they have.

John and I have both always worked hard but we have limited means. I started work as a Church after-school teacher from 2012 to 2013, the same year when John started working at GNS, from 2013 to 2015, I worked as a receptionist in Doshi Diagnostic Radiology, and from 2016 to 2022, I am working as a secretary in an oncologist's office.

If my husband goes to jail, it will ruin our family. John is this family's foundation and main supporter for our family. If John is sent to prison, our Autistic son, Tim will have no support or father figure, and our daughter and I will be forced to live in City Housing. If happens, the Department of Disability will take away my son. He has never lived apart from us and he will not be able to understand this situation and he will think we have deserted him. Please Judge Dearie, I beg you. Do not let this happen to my son.

Please do not send a hard-working, good man, my husband, the father and supporter of my children and our ailing parents to jail. This case has already put us through so much suffering for over 10 years and I know that John will never be involved in any similar activity ever again. Going forward, John plans to live more cautiously when someone approaches him with a business offer or any sort of partnership without closer inspection of the person's character and business dealings. Ever since these conspiracy charges, he only helps people he trusts, as all who are involved in this case have used his kindness against him.

I can only hope my letter of support for my husband makes a significant difference in understanding him as a kind and upstanding U.S. citizen and even more so to our family, a loving and supportive father and husband to me, as well as an irreplaceable son to both our parents.

Sincerely,

Ruth Hanna Won